UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH L. NASH,

    Plaintiff,

v.

DOUG WADDINGTON, *et al.*,

    Defendants.

Case No. C06-5127RJB

ORDER DIRECTING FILING
OF AMENDED COMPLAINT AND
DISMISSING PRELIMINARY
INJUNCTION MOTIONS AS MOOT

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Plaintiff has been granted *in forma pauperis* status. (Dkt. # 7). Plaintiff's Complaint is before the court for an order of service. Also before the court is Plaintiff's motion requesting dismissal of his motions for preliminary injunction.

A.    <u>Pleading Deficiencies</u>

    Plaintiff's Civil Rights Complaint is typed with very light ink. When the original Complaint was scanned into the court's electronic filing system, the result was an almost entirely illegible Complaint, making it impossible for the parties or any appellate court to decipher Plaintiff's claims. The Clerk will send plaintiff a copy of the Complaint so that he may see how difficult it is to decipher

ORDER- 1

lightly typed or written documents when they are scanned. Plaintiff may re-file his Complaint in a legible form if he wishes the court to consider his pleading.

Plaintiff's Complaint is also over 40 pages long. Plaintiff should amend his Complaint so that it contains a short and plain statement of the claims showing that he is entitled to relief, in accordance with Rule 8(a) of the Federal Rules of Civil Procedure.

B.  Dismissal of Preliminary Injunction Motions

Plaintiff moves for dismissal (Dkt. # 8) of his motions for preliminary injunctions (Dkt. # 3 and Dkt. # 4). Plaintiff advises the court that his legal property has been returned to him, making his motions moot.

Accordingly, Plaintiff's motions (Dkt. # 3 and Dkt. # 4) are **DISMISSED AS MOOT**.

The clerk is directed to send a copy of this order and the copies of plaintiff's filings to plaintiff.

DATED this 4th day of May, 2006.

Karen L. Strombom
United States Magistrate Judge

ORDER- 2