UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH L. NASH,

          Plaintiff,

    v.

DOUG WADDINGTON, *et al.*,

          Defendants.

Case No.  C06-5127 RJB/KLS

ORDER DENYING MOTION TO AMEND/ACCEPT TYPED COMPLAINT

    This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  Before the court are plaintiff's motions to amend and to accept a typed amended complaint in place of plaintiff's first amended complaint, to "support [plaintiff's] handwritten amended complaint only as a duplicate copy," purportedly so that defendants may more clearly understand plaintiff's complaint.  (Dkt. # 51, 56).  The amended complaint has been served and defendants have filed their answer.  (Dkt. # 49).

    Accordingly, plaintiff's motion to accept typed amended complaint (Dkt. # 51) and motion to amend the first amended complaint (Dkt. # 56) are **DENIED.**

    DATED this  7th  day of September, 2006.

                                                    /s/ Karen L. Strombom
                                                    Karen L. Strombom
                                                    United States Magistrate Judge