UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH L. NASH,

               Plaintiff,

     v.

DOUG WADDINGTON, *et al.*,

               Defendants.

Case No.  C06-5127 RJB/KLS

ORDER DENYING MOTION
FOR PRETRIAL CONFERENCE

    This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  Before the Court is Plaintiff's emergency motion for pretrial conference regarding scheduling and management.  (Dkt. # 59).  This case is currently governed by the Court's Pretrial Scheduling Order.  (Dkt. # 50).  Plaintiff has provided no good cause to amend the Court's pretrial schedule.  Plaintiff makes unspecified allegations of impediments to his ability to file and serve his pleadings in a timely manner.  However, Plaintiff has missed no deadlines in this case.

    Accordingly, Plaintiff's motion for an emergency pretrial conference (Dkt. # 50) is **DENIED.**

    DATED this 26th day of September, 2006.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1