UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH L. NASH,

Plaintiff,

v.

DOUG WADDINGTON, *et al.*,

Defendants.

Case No. C06-5127 RJB/KLS

ORDER REQUESTING RESPONSE AND RE-NOTING PLAINTIFF'S MOTION TO COMPEL

This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. Before the Court is Plaintiff's motion to compel discovery presently noted for October 20, 2006. (Dkt. # 66). Prior to the Court's consideration of any order to compel and/or sanctions, the Court requests Defendants to submit a response.

Accordingly, the Clerk of the Court shall **re-note** Plaintiff's motion to compel for **December 1, 2006**, within which time Defendants shall file their response according to the rules.

DATED this 9th day of November, 2006.

Karen L. Strombom
United States Magistrate Judge