UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH L. NASH,

        Plaintiff,

    v.

DOUG WADDINGTON, *et al.*,

        Defendants.

Case No. C06-5127 RJB/KLS

ORDER GRANTING PLAINTIFF'S
REQUEST TO TAKE DEPOSITIONS
IN EXCESS OF RULE

        This 42 U.S.C. § 1983 civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  Presently before the Court is Plaintiff's motion to take more than ten depositions as provided by Fed. R. Civ. P. 30(a)(2)(A).  (Dkt. # 79).  Plaintiff seeks to depose the thirteen named Defendants in this case. Defendants do not oppose Plaintiff's motion, but request that Plaintiff seek Court approval prior to agreeing to the depositions in excess of those allowed by the rules.  (Dkt. # 79 at 3).

        Accordingly, Plaintiff's request to take the depositions of the named Defendants in this case is **GRANTED**.

        DATED this  12th  day of January, 2007.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1