UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH L. NASH,

    Plaintiff,

  v.

DOUG WADDINGTON, *et al.*,

    Defendants.

Case No. C06-5127 RJB/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of Magistrate Judge Karen L. Strombom (Dkt. 78). The Court has considered the Report and Recommendation, the plaintiff's objections thereto (Dkt. 81), and the remaining record.

**I. BACKGROUND AND DISCUSSION**

Plaintiff Mr. Nash alleges that his civil rights were violated and seeks injunctive relief against employees of the Airway Heights Corrections Center (AHCC), where he is currently housed. Because AHCC employees are not parties to this lawsuit, the Report and Recommendation recommends that the Court deny Plaintiff's Motion For a Preliminary Injunction and a Temporary Restraining Order (Dkt. 70).

The plaintiff filed objections to the Report and Recommendation in which he "concedes to the entry of the magistrate's (R&R) and only request's [sic] the district judge to keep the (R&R) on the record for other court purposes or future proceedings." Dkt. 81. The Report and Recommendation is and will remain a part of the electronic file. The Court should therefore adopt the Report and Recommendation.

ORDER - 1

## II. ORDER

Therefore, it is hereby

**ORDERED** that

(1) the Court adopts the Report and Recommendation;

(2) the motion for injunctive relief (Dkt. 70) is **DENIED**;

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

DATED this 18th day of January, 2007.

Robert J. Bryan
United States District Judge

ORDER - 2