UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH L. NASH,

              Plaintiff,

    v.

DOUG WADDINGTON, *et al.*,

              Defendants.

Case No. C06-5127 RJB/KLS

ORDER DENYING REQUEST FOR COMPILATION OF LITIGATION COSTS AND STRIKING NOTING DATE

      Before the Court is Plaintiff's letter to the Court Clerk requesting an updated docket sheet and a print-out of court costs and other expenses. (Dkt. # 119). This letter was incorrectly noted on the Court's docket as a motion and shall be stricken. The Court Clerk shall send Plaintiff an updated docket sheet and strike Dkt. # 119 from the Court's calendar. Plaintiff's request for a compilation of litigation expenses is **DENIED.**

      DATED this  28th  day of June, 2007.

                                              */s/ Karen L. Strombom*
                                              Karen L. Strombom
                                              United States Magistrate Judge