UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH L. NASH

　　　　　Plaintiff,

　　v.

DOUG WADDINGTON, *et al.*,

　　　　　Defendants.

Case No. C06-5127 RJB/KLS

ORDER DENYING MOTION FOR
APPOINTMENT OF COUNSEL

Before the Court is Plaintiff's motion for counsel. (Dkt. # 122). Having reviewed Plaintiff's motion, Defendants' opposition (Dkt. # 124) and Plaintiff's reply (Dkt. # 139), the Court finds that Plaintiff's motion should be denied.

## DISCUSSION

There is no right to have counsel appointed in cases brought under 42 U.S.C. § 1983. Although the court, under 28 U.S.C. § 1915(d), can request counsel to represent a party proceeding *in forma pauperis*, the court may do so only in exceptional circumstances. *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986); *Franklin v. Murphy*, 745 F.2d 1221, 1236 (9th Cir. 1984); *Aldabe v. Aldabe*, 616 F.2d 1089 (9th Cir. 1980). A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved. *Wilborn*, 789 F.2d at 1331.

ORDER - 1

1    Plaintiff has demonstrated an adequate ability to articulate his claims *pro se*.   Plaintiff has

2    filed numerous motions in this case and has engaged in extensive discovery without the assistance of

3    counsel.   The issues in this case, whether or not Plaintiff has been denied access to courts and

4    whether he was wrongfully infracted, are not complex.  Nor has Plaintiff provided any evidence of

5    exceptional circumstances or a likelihood of success on the merits.

6    Accordingly, Plaintiff's motion for the appointment of counsel (Dkt. # 198) is **DENIED.**

7    The Clerk is directed to send copies of this Order to Plaintiff and counsel for Defendants.

8

9    DATED this 27th  day of July, 2007.

10

11

12    Karen L. Strombom
United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    ORDER - 2