1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10   KEITH L. NASH,

                    Plaintiff,                    Case No. C06-5127 RJB/KLS

11

12          v.                                    ORDER GRANTING ADDITIONAL
                                                  TIME TO RESPOND TO
13   DOUG WADDINGTON, *et al.*,                   DEFENDANTS' MOTION FOR
                                                  SUMMARY JUDGMENT
14                  Defendants.

15

16          This civil rights case has been referred to United States Magistrate Judge Karen L.

17   Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  Before the Court is

18   Plaintiff's motion for extension of time to respond to Defendants' motion for summary judgment.

19   (Dkt. # 142).   Having reviewed Plaintiff's motion, Defendants' response (Dkt. # 144), and

20   Plaintiff's reply (Dkt. # 149), the Court finds that the motion should be granted in light of the

21   Court's recent Order extending the discovery deadline to allow the parties to complete the

22   deposition of Defendant Waddington.

23          ACCORDINGLY, it is **ORDERED:**

24   (1)    Plaintiff's motion for additional time (Dkt. # 142) to respond to Defendants' motion
            for summary judgment is **GRANTED**;

25   (2)    Plaintiff shall respond to Defendants' motion for summary judgment by **October 5,
            2007**; Defendants' may file a reply by **October 12, 2007;**

26   (3)    Defendants' motion for summary judgment (Dkt. # 121) is **re-noted** for the Court's
27          consideration on **October 12, 2007**; and

28   ORDER - 1

1

2
    (4)      The Clerk of the Court shall send copies of this Order to Plaintiff and counsel for Defendants.

3

4
DATED this _15th_ day of August, 2007.

5

6

7
Karen L. Strombom
United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
ORDER - 2