1

2

3

4

5

6

7

8

9

10

11

12

13

14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH L. NASH,

               Plaintiff,

       v.

DOUG WADDINGTON, *et al.*,

               Defendants.

Case No. C06-5127 RJB/KLS

ORDER DENYING PLAINTIFF'S
MOTION FOR RECONSIDERATION

15

16

17

       Before the Court is Plaintiff's motion for reconsideration (Dkt. # 156) of the Court's prior

Order (Dkt. # 148), which denied Plaintiff's motion for counsel.  Having carefully reviewed

Plaintiff's motion for reconsideration, the Court finds that it should be denied.

18

**DISCUSSION**

19

20

21

22

       Motions for reconsideration are disfavored and will ordinarily be denied in the "absence of a

showing of manifest error in the prior ruling or a showing of new facts or legal authority which

could not have been brought to the court's attention earlier with reasonable diligence."  Local Rule

CR 7(h)(1).

23

24

25

       Plaintiff argues that reconsideration is necessary because this Court lacked jurisdiction to

deny his motion and because the Court overlooked the fact that his Amended Complaint contains

26

ORDER - 1

1  claims in addition to denial of access and wrongful infraction mentioned in the Court's Order

2  denying counsel, which require the assistance of counsel.  (Dkt. # 148).  The Court has addressed

3  Plaintiff's position regarding this Court's jurisdiction on numerous occasions and found it to be

4  without merit.

5        The Court is also aware that Plaintiff claims that Defendants engaged in acts of retaliation,

6  conspiracy, harassment, and infringement.  However, this does not change the Court's initial

7  analysis that Plaintiff has been able to adequately articulate his claims, and engage in extensive

8  motions practice and discovery, all without the assistance of counsel in this case. (Dkt. 148 at 2).

9        Plaintiff also filed Objections to this Court's Order (Dkt. # 159).   Plaintiff objected on the

10  grounds that this Court overlooked evidence that Plaintiff was inarticulate, that he had demonstrated

11  exceptional circumstances warranting the appointment of counsel, and that this Court lacked

12  jurisdiction to enter the Order.  (*Id*. at 3-4).  On August 27, 2007, District Judge Robert J. Bryan

13  entered an Order overruling Plaintiff's objections and affirming this Court's Order denying

14  Plaintiff's motion for counsel.  (Dkt. # 162).

15        Plaintiff has identified no error in this Court's Order, nor presented any new facts or legal

16  authority that suggest reconsideration is appropriate.

17        Accordingly, Plaintiff's motion for reconsideration (Dkt. # 156) is **DENIED**.

18

19        DATED this  4th   day of September, 2007.

20

21

22                                    Karen L. Strombom
                                      United States Magistrate Judge
23

24

25

26

ORDER - 2