UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH L. NASH,

    Plaintiff,

    v.

DOUG WADDINGTON, *et al.*,

    Defendants.

Case No. C06-5127 RJB/KLS

ORDER DENYING PLAINTIFF'S MOTION FOR SUBPOENA DUCES TECUM

Before the Court is Plaintiff's motion for subpoenas duces tecum to take depositions of two eyewitnesses. (Dkt. # 157). After careful review of Plaintiff's motion, Defendants' response (Dkt. # 161), this Court's previous Orders relating to discovery in this matter, and the balance of the record, the Court finds that the motion shall be denied.

**I. DISCUSSION**

Plaintiff requests that the Court issue subpoenas duces tecum to his "requested eye witnesses," John Sherrill and Charles Lidge. (Dkt. # 157). Plaintiff previously filed a motion to take the depositions of unnamed eyewitnesses. (Dkt. # 146). That motion was denied on August 13, 2007. (Dkt. # 151). The Court granted Plaintiff's motion to extend the discovery deadline, but

ORDER - 1

1 | for the purpose of deposing Defendant Waddington only.  (*Id*.).  On the same day, the Court issued

2 | a Third Amended Pretrial Order with new deadlines.  (Dkt. # 153).

3 |     Also on the same day, Plaintiff filed a Notice to Take the Deposition of John Sherrill and

4 | Charles Lidge (Dkt. # 155) and this motion.  The Court denied Plaintiff's motion for

5 | reconsideration of its denial of his motion to take additional depositions on September 4, 2007.

6 | (Dkt. # 166).

7 |     Accordingly, Plaintiff's motion for the issuance of subpoenas duces tecum (Dkt. # 157) is

8 | **DENIED**.

10 |     DATED this   7th   day of September, 2007.

13 |     Karen L. Strombom
14 |     United States Magistrate Judge

26 | ORDER - 2