1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

KEITH L. NASH,

8

Plaintiff,

9

v.

10

DOUG WADDINGTON, *et al.*,

11

Defendants.

Case No. C06-5127 RJB/KLS

ORDER GRANTING EXTENSION
OF TIME TO FILE JOINT STATUS
REPORT

12
13      Before the Court is the motion of Plaintiff for a sixty day continuance for the completion of

the parties' Joint Status Report.  (Dkt. # 182).  The current deadline was December 1, 2007.

14

Defendants have filed no opposition to the motion.

15      Accordingly, it is **ORDERED** that Plaintiff's motion shall be **GRANTED** and the parties'

16

are directed to confer and provide the court with a joint status report no later than **February 4,**

17

**2008.**  The parties are directed to the Court's previous scheduling order dated August 13, 2007

18

(Dkt. # 153) for further guidance.

19      DATED this    14th   day of January, 2008.

20
21
22
23

Karen L. Strombom
United States Magistrate Judge

24
25
26   ORDER - 1